**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-2214

CHARLES H. WILKES,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (CA-01-142-7-BR-1)

Submitted: May 30, 2003                    Decided: June 20, 2003

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William L. Davis, II, Lumberton, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles H. Wilkes appeals the district court's order adopting the recommendation of the magistrate judge and upholding the Commissioner's decision denying Wilkes' application for disability insurance benefits. We have reviewed the record and the opinion of the district court and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Wilkes v. Barnhart</u>, No. CA-01-142-7-BR-1 (E.D.N.C. Sept. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>